FILED

NOV 16 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR272-MEF |
| | ) | [18 USC 1344] |
| VINESSA DONATELLI | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, Regions Bank ("Regions") and Southtrust Bank ("Southtrust") were financial institutions, as defined in Title 18, United States Code, Section 20, whose deposits were insured by the Federal Deposit Insurance Corporation.

2. Between on or about March 31, 2003 and April 3, 2003, in Montgomery County, in the Middle District of Alabama, and elsewhere, defendant,

VINESSA DONATELLI,

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain moneys, funds, and assets owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, which scheme and artifice is described below.

3. On or about March 31, 2003, DONATELLI deposited into an account in the name of Donatelli and Associates at Regions (the "Donatelli Account") a check in the amount of $12,545.00, purportedly drawn on an account of Horizon Construction at Southtrust (the "First Horizon Check"). In fact, as DONATELLI then knew, the First Horizon Check was counterfeit and was drawn on a non-existent account.

4.  On or about April 3, 2003, DONATELLI deposited into the Donatelli Account a check in the amount of $6500.00, purportedly drawn on an account of Horizon Construction at Southtrust (the "Second Horizon Check"). In fact, as DONATELLI then knew, the Second Horizon Check was counterfeit and was drawn on a non-existent account.

5.  On or about April 3, 2003, DONATELLI deposited into the Donatelli Account a check in the amount of $12,000.00, purportedly drawn on an account of Property PBP1 at Southtrust (the "PBP1 Check"). In fact, as DONATELLI then knew, the PBP1 Check was counterfeit and was drawn on a non-existent account.

6.  Southtrust returned the First Horizon Check, Second Horizon Check, and PBP1 Check to Regions unpaid. Regions suffered a loss of approximately $19,000 as a result of DONATELLI's conduct.

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL:

*/s/ James Davis Williams*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ Andrew O. Schiff*
Andrew O. Schiff
Assistant United States Attorney