# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DIGITAL RECORDING:**  3:10 to 3:20

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO.  <u>2:06CR272-MEF-CSC</u> | DEFT. NAME:  <u>VINESSA DONATTELLI</u> |
| USA:  <u>ANDREW SCHIFF</u> | ATTY: <u>STEPHEN GLASSROTH</u> |
| | Type Counsel:  ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ; |
| USPTSO/USPO: <u>SANDRA WOOD</u> | |

Defendant _____ does √ does NOT need an interpreter; NAME:_____

---

√ Kars.     Date of Arrest  **12/12/06**          or      ☐ Rule 5 Arrest

√ kia.       Deft. First Appearance. Advised of rights/charges.  ☐ **Pretrial Release** / Pro/Sup Rel Violator

☐ Finaff.   Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.

☐ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**

☐ 20appt.   Panel Attorney Appointed;   ☐ to be appointed - prepare voucher

√            Deft. Advises he will retain counsel.  Has retained  <u>**STEPHEN GLASSROTH**</u>

☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;

☐            Government's **WRITTEN** Motion for Detention Hrg. filed.  **DETENTION HRG**  ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** Set for_____

☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered

√ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.

√ kbnd.      √ **BOND EXECUTED** (M/D AL charges) $  **25,000.00**   Deft released (kloc LR).

             ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered

☐ Loc.(LC)   Bond **NOT** executed.  Deft to remain in Marshal's custody

☐ ko.        Deft. **ORDERED REMOVED** to originating district

☐ krmvhrg.   Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings

☐ kwvprl.    Waiver of  Preliminary hearing;

☐            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.

√ Karr.      **ARRAIGNMENT** SET FOR:_____  √ **HELD.** Plea of **NOT GUILTY** entered.

             √ Trial Term  <u>3/12/07</u>                ;  ☐ **PRETRIAL CONFERENCE DATE:** _____

             √ **DISCOVERY DISCLOSURES DATE:**  <u>12/15/06</u>

√ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel

☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**