**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:06-CR-272-MEF |
| | ) | |
| **VINESSA DONATELLI** | ) | |

### NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, Joseph P. Van Heest, and hereby enters his appearance on behalf of defendant, Vinessa Donatelli, in the above-styled cause. Please forward all future orders, pleadings and notices to my attention in these matters.

                                                   Respectfully submitted

                                                   <u>s/Joseph P. Van Heest</u>
                                                   **JOSEPH P. VAN HEEST**
                                                   LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                                   Post Office Box 4026
                                                   402 South Decatur Street
                                                   Montgomery, AL 36103-4026
                                                   Phone: (334) 263-3551
                                                   Fax: (334) 263-3227
                                                   jpvanheestcourts@bellsouth.net
                                                   AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Andrew O. Schiff,
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
Counsel for the Government


Hon. Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Post Office Box 910
Montgomery, AL 36101-0910
Previous Counsel for Defendant Donatelli

    Respectfully submitted,


    s/Joseph P. Van Heest
    **JOSEPH P. VAN HEEST**
    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
    Post Office Box 4026
    402 South Decatur Street
    Montgomery, AL 36103-4026
    Phone: (334) 263-3551
    Fax: (334) 263-3227
    jpvanheestcourts@bellsouth.net
    AL Bar Code: VAN026