IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:06cr272-MEF |
| ) | |
| VINESSA DONATELLI ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Comes now undersigned counsel, Stephen R. Glassroth, who, having previously appeared on behalf of Ms. Donatelli in this cause, now moves the Court for the entry of an order granting him leave to withdraw as counsel. In support of this motion, undersigned counsel states that Mr. Joseph P. Van Heest has entered his appearance as counsel for Ms. Donatelli and will be representing her following undersigned counsel's commencement of his position as the Executive Director of Federal Defenders of the Middle District of Georgia, Inc. This motion is made with the client's full knowledge and all pertinent, case-related materials have been turned over to Mr. Van Heest for his and Ms. Donatelli's use.

WHEREFORE, undersigned counsel prays the Court will consider the matter set forth herein and, after due consideration, enter its order granting the relief sought and directing that undersigned counsel no longer be listed as counsel of record for the accused in this cause.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH

        Counsel for Vinessa Donatelli
        AL Bar Code: GLA005
        The Glassroth Law Firm, P.C.
        Post Office Box 910
        Montgomery, Alabama 36101-0910
        Phone (334) 263-9900
        Fax (334) 263-9940
        E-mail srg@glassrothlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

        s/Stephen R. Glassroth
        STEPHEN R. GLASSROTH
        Counsel for Vinessa Donatelli
        AL Bar Code: GLA005
        The Glassroth Law Firm, P.C.
        Post Office Box 910
        Montgomery, Alabama 36101-0910
        Phone (334) 263-9900
        Fax (334) 263-9940
        E-mail srg@glassrothlaw.com