IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr272-MEF |
| | ) | |
| VINESSA DONATELLI | ) | |

**O R D E R**

Now pending before the court is the motion to allow Attorney Stephen R. Glassroth to withdraw as counsel of record (doc. # 10). Attorney Joseph Van Heest has filed a notice of appearance on the defendant's behalf. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to allow Attorney Stephen R. Glassroth to withdraw as counsel of record (doc. # 10) be and is hereby GRANTED.

Done this 11th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE