COURTROOM DEPUTY MINUTES          DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:24 - 1:25

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-272-MEF-CSC     **DEFENDANT NAME:** VINESSA DONATELLI

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~ANDREW SCHIFF~~ Stephen P. Feaga | ATTY. JOSEPH VAN HEEST |

---

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** None.

☑  **PLEA STATUS:** possible plea. Will apply to pretrial Diversion program

☑  **TRIAL STATUS:** 1 day to try case if goes to trial

☐  **REMARKS:**