IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No. 2:06-CR-272-MEF |
| ) | |
| **VINESSA DONATELLI** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Vinessa Donatelli, by and through undersigned counsel, and hereby notifies the Court of her intent to change her plea of not guilty and enter a plea of guilty.

            Respectfully submitted


            s/Joseph P. Van Heest
            **JOSEPH P. VAN HEEST**
            LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
            Post Office Box 4026
            402 South Decatur Street
            Montgomery, AL 36103-4026
            Phone: (334) 263-3551
            Fax: (334) 263-3227
            jpvanheestcourts@bellsouth.net
            AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Andrew O. Schiff,
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
Counsel for the Government

      Respectfully submitted,

      s/Joseph P. Van Heest
      **JOSEPH P. VAN HEEST**
      LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
      Post Office Box 4026
      402 South Decatur Street
      Montgomery, AL 36103-4026
      Phone: (334) 263-3551
      Fax: (334) 263-3227
      jpvanheestcourts@bellsouth.net
      AL Bar Code: VAN026