IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:06CR272-F |
| v. | ) | [18 USC 2113(b)] |
| | ) | |
| VINESSA DONATELLI | ) | SUPERSEDING INFORMATION |

RECEIVED
2007 JUN 27  A 11: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges:

### COUNT 1

From on or about March 31, 2003 through on or about April 4, 2003, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere,

VINESSA DONATELLI

defendant herein, with intent to steal and purloin, did take and carry away money, property, and things of value exceeding $1,000 belonging to and in the care, custody, control, management, and possession of Regions Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

_____
LEURA G. CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant U.S. Attorney