O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ Northern DISTRICT OF Alabama _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Vinessa Donatelli | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 2:06cr272-F |

I, __Vinessa Donatelli_____, the above named defendant, who is accused of

a violation of Title 18, United States Code, Section 2113(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____JUNE 27th, 2007____ prosecution by indictment and consent that the pro-
                    Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer