IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 2:06-CR-272-MEF |
| | ) |
| VINESSA DONATELLI | ) |

### DEFENDANT'S MOTION TO SEAL MOTION FOR DOWNWARD DEPARTURE

COMES NOW, the defendant, Vinessa Donatelli, by and through undersigned counsel, Joseph P. Van Heest, and hereby files her Motion to Seal Motion for Downward Departure and in support of this motion, states the following:

The enclosed motion is filed under seal to be opened by the Court and not to be filed in the court file unless placed under seal and not be made available for public viewing or access because of the confidential nature of medical records and issues raised herein.

A copy of the motion and exhibits has been provided to the Assistant United States Attorney and to the United States Probation Officer.

WHEREFORE, for the reasons set forth above, defendant prays that this Court will grant her Motion and seal the enclosed Motion for Downward Departure so that it remains inaccessible to the general public in order to protect Ms. Donatelli's privacy in her medical records.

Respectfully submitted

_____
JOSEPH P. VAN HEEST
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026

                        Phone: (334) 263-3551
                        Fax: (334) 263-3227
                        jpvanheestcourts@bellsouth.net
                        AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2007, , I served by hand delivery, the foregoing document, on the following:

Hon. Andrew O. Schiff,
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
Counsel for the Government

                        Respectfully submitted,

                        _____
                        **JOSEPH P. VAN HEEST**
                        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                        Post Office Box 4026
                        402 South Decatur Street
                        Montgomery, AL 36103-4026
                        Phone: (334) 263-3551
                        Fax: (334) 263-3227
                        jpvanheestcourts@bellsouth.net
                        AL Bar Code: VAN026