IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-272-MEF |
| | ) | |
| VINESSA DONATELLI | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Seal Motion for Downward Departure (Doc. #32) filed on September 17, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 20th day of September, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE