IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr272-MHT |
| | ) | |
| VINESSA DONATELLI | ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on November 16, 2007, in the above styled cause, on the following grounds, to wit:

The Defendant agreed, as part of a plea agreement, to plead guilty to a superseding information which was filed on June 27, 2007.

Respectfully submitted this the 25th day of October, 2007.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Andrew O. Schiff
                                      ANDREW O. SCHIFF
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, AL 36104
                                      Phone: (334)223-7280
                                      Fax: (334)223-7135
                                      E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr272-MHT |
| | ) | |
| VINESSA DONATELLI | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph Van Heest, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov