IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr272-MHT |
| VINESSA DONATELLI | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for leave to dismiss indictment (Doc. No. 37) is granted.

(2) The indictment (Doc. No. 1) is dismissed.

DONE, this the 30th day of October, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE